## APPEAL OF PETER P. HOVELY.

Docket No. 1677. Submitted July 9, 1925. Decided October 30, 1925.

*Raymond R. Hails, Esq.*, for the taxpayer.
*John D. Foley, Esq.*, for the Commissioner.

Before GRAUPNER, TRAMMELL, and PHILLIPS.

The taxpayer appeals from the determination of a deficiency of $200.39 in income tax for the calendar years 1918 and 1919. The petition also contains an allegation of error as to an overassessment for 1917, but at the hearing the taxpayer waived that allegation. The deficiencies for 1918 and 1919 arise from the reduction by the Commissioner in the rate of depreciation claimed on a number of buildings.

FINDINGS OF FACT.

1. The taxpayer is an individual and, during the years here involved, resided at Brawley, in the Imperial Valley, Calif.

2. Depreciation rates on buildings of frame construction were claimed in the returns filed and were allowed by the Commissioner as follows:

*1918*

| | Constructed | Acquired by taxpayer | Cost | Rate claimed | Rate allowed |
|---|---|---|---|---|---|
| | | | | *Per cent* | *Per cent* |
| (a) Frame cottage | About 1912 | 1912 or 1913 | $2,196.80 | 6⅔ | 4 |
| (b) Frame residence | About 1908 | 1912 or 1913 | 1,200.00 | 10 | 4 |
| (c) Frame residence | About 1908 | 1913 or 1914 | 850.00 | 10 | 4 |
| (d) Frame residence | About 1910 | 1917 | 750.00 | 10 | 4 |
| (e) Tenant house, tank house, stock building. | First buildings constructed about 1912 by taxpayer. | | 7,574.75 | 10 | 4 |

*1919*

| | Cost | Rate claimed | Rate allowed |
|---|---|---|---|
| | | *Per cent* | *Per cent* |
| (a) Frame cottage | $2,598.00 | 6⅔ | 4 |
| (b) Frame residence | 1,200.00 | 10 | 4 |
| (c) Frame residence | 850.00 | 10 | 4 |
| (d) Frame residence | 750.00 | 10 | 4 |
| (e) Tenant house, tank house, stock buildings, etc | 7,574.75 | 10 | 4 |

3. All of the buildings described in the above schedule are of wooden construction throughout. The excessive heat of the Imperial Valley and seasonal changes in temperature cause more or less expansion and contraction and cause shingles to curl and roofs, windows, doors, and frames to warp. The changes in temperature in the locality in which these buildings are located are gradual. Without repairs or replacements the useful life of frame buildings is from 10 to 15 years, but with repairs and replacements the useful life extends over a longer period.

4. The taxpayer's buildings here involved had a remaining useful life from the date he acquired them, as listed below:

| | Date acquired | Useful life from date of acquisition |
|---|---|---|
| | | *Years* |
| (a) Frame cottage | 1912 | 20 |
| (b) Frame residence | 1912 | 16 |
| (c) Frame residence | 1913 | 15 |
| (d) Frame residence | 1917 | 13 |
| (e) Tenant house, etc | 1912 | 20 |

DECISION.

The deficiency should be computed in accordance with the above findings of fact. Final determination will be settled on consent or on 15 days' notice, in accordance with Rule 50.